```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 12610
    JANICE WILLIAMS ROLLING
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-8404


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/16/2008 and was not confirmed.

    The case was dismissed without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG      .00             .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE      .00             .00            .00
SOCIAL SECURITY           PRIORITY       NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         109.41           .00            .00
NICOR GAS CO              UNSECURED         519.21           .00            .00
AUSTIN BANK OF CHICAGO    UNSECURED       NOT FILED           .00           .00
AUSTIN BANK OF CHICAGO    UNSECURED       NOT FILED           .00           .00
AUSTIN BANK OF CHICAGO    UNSECURED       NOT FILED           .00           .00
SBC ILLINOIS              UNSECURED       NOT FILED           .00           .00
CHASE MANHATTAN           UNSECURED       NOT FILED           .00           .00
MICHELLE JENNINGS MD      UNSECURED       NOT FILED           .00           .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED           .00           .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED           .00           .00
WOW CABLE                 UNSECURED       NOT FILED           .00           .00
CREDIT ONE BANK           UNSECURED       NOT FILED           .00           .00
EMERGENCY MEDICAL SPECIA  UNSECURED       NOT FILED           .00           .00
DEPT OF HEALTH & HUMAN S  UNSECURED       NOT FILED           .00           .00
DEPT OF HEALTH & HUMAN S  UNSECURED       NOT FILED           .00           .00
PREMIER BANCARD CHARTER   UNSECURED         398.37            .00           .00
HSBC BANK                 UNSECURED       NOT FILED           .00           .00
IQ TELECOM                UNSECURED       NOT FILED           .00           .00
IMAGINE/FBOFD             UNSECURED       NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         876.49            .00           .00
EMERGENCY HEALTHCARE PHY  UNSECURED       NOT FILED           .00           .00
ADVENTIST HINSDALE HOSPI  UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
PARK DANSAN               UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1667.98            .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED        1608.00            .00           .00
HSBC BANK NEVADA NA       UNSECURED         367.61            .00           .00
ACL LABORATORIES          UNSECURED       NOT FILED           .00           .00
WASHINGTON MUTUAL/PROVID  UNSECURED       NOT FILED           .00           .00
PREMIER BANCARD CHARTER   UNSECURED         397.78            .00           .00
SPECIALIZED LOAN SERVICI  SECURED NOT I     .00               .00           .00
SPECIALIZED LOAN SERVICI  CURRENT MORTG     .00               .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12610 JANICE WILLIAMS ROLLING
```

```
CITY OF CHICAGO WATER DE  SECURED NOT I      342.37              .00              .00
YOUNG S LEE               UNSECURED          145.00              .00              .00
NICOLE G LAWSON           DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
        --------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
        --------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          ---------------      ---------------
TOTALS                        .00                        .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 01/27/09          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 12610 JANICE WILLIAMS ROLLING